UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEXINGTON INSURANCE COMPANY,

    Petitioner,

vs.                                        CASE NO.: 3:08cv137/MCR/MD

MAXWELL JOSEPH BRUNER
and RITA BRUNER,

    Respondents.
_____/

**O R D E R**

    The parties have reported settlement negotiations remain ongoing and suggest final settlement of this matter is likely. Accordingly, the court will extend the stay of all proceedings for an additional 60 days from the date of this order. If settlement is not reached by the conclusion of this extended period of stay, an order will be entered allowing the parties 60 days to complete discovery, with any potentially dispositive motions due within 20 days thereafter.

    **SO ORDERED** this 29th day of July, 2009.


                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**